```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05945
   EDWIN SMITH
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5237


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 04/03/2007 and was not confirmed.

     The case was dismissed without confirmation 07/16/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG        .00            .00            .00
CITY OF CHICAGO WATER DE   SECURED          1700.00            .00          73.78
COOK COUNTY TREASURER      SECURED          2000.00            .00            .00
FIRST PREMIER              UNSECURED      NOT FILED            .00            .00
CINGULAR                   UNSECURED      NOT FILED            .00            .00
CBE GROUP                  UNSECURED      NOT FILED            .00            .00
COMCAST                    UNSECURED      NOT FILED            .00            .00
AT&T/SBC/ILLINOIS FACC     UNSECURED      NOT FILED            .00            .00
DEVON FINANCIAL SERVICE    UNSECURED      NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM   FILED LATE           .00            .00            .00
AT&T CORP                  UNSECURED      NOT FILED            .00            .00
NORTHERN LEASING SYSTEM    FILED LATE       3149.55            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED      NOT FILED            .00            .00
THE MOBILE SOLUTION        UNSECURED      NOT FILED            .00            .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE   15600.00            .00            .00
UNITED FINANCIAL SERVICE   UNSECURED         800.00            .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED        8471.54            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,434.00                         59.98
TOM VAUGHN                 TRUSTEE                                           9.32
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  143.08

PRIORITY                                         .00
SECURED                                        73.78
UNSECURED                                        .00
ADMINISTRATIVE                                 59.98
TRUSTEE COMPENSATION                            9.32
DEBTOR REFUND                                    .00
                       ---------            ---------
TOTALS                   143.08                143.08

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05945 EDWIN SMITH
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/18/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 05945 EDWIN SMITH